ACCEPTED
01-15-00567-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
10/30/2015 10:41:13 AM
CHRISTOPHER PRINE
CLERK

## CAUSE NO. 1-15-00567-CV

_____

**IN THE COURT OF APPEALS FOR THE FIRST DISTRICT OF TEXAS AT HOUSTON, TEXAS**

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
10/30/2015 10:41:13 AM
CHRISTOPHER A. PRINE
Clerk

_____

**MACKEY GLEN PETERSON, TONYA PETERSON, DON LESLIE PETERSON, LONNY PETERSON,**
*Appellants*

**V.**

**CAROL ANNE MANLEY, DAVID PETERSON, SILVERADO SENIOR LIVING, INC. D/B/A SILVERADO LIVING CENTER-SUGAR LAND,**
*Appellees*

---

## AND

---

## CAUSE NO. 1-15-00586-CV

_____

**IN THE COURT OF APPEALS FOR THE FIRST DISTRICT OF TEXAS AT HOUSTON, TEXAS**

_____

**MACKEY GLEN PETERSON, TONYA PETERSON, DON LESLIE PETERSON, LONNY PETERSON,**
*Appellants*

**V.**

**CAROL ANNE MANLEY, DAVID PETERSON, SILVERADO SENIOR LIVING, INC. D/B/A SILVERADO LIVING CENTER-SUGAR LAND,**
*Appellees*

---

**APPELLEE'S MOTION TO JOIN IN UNAGREED MOTION BY APPELLEE SILVERADO FOR JUDICIAL NOTICE AND ADMINISTRATIVE RELIEF**

070200/000001
376 - 1800780v1

**Sarah Patel Pacheco**
**State Bar No. 00788164**
**pacheco-efile@craincaton.com**
**Kathleen Tanner Beduze**
**State Bar No. 24052205**
**beduze-efile@craincaton.com**
**Crain, Caton & James, P.C.**
**1401 McKinney St., Suite 1700**
**Houston, Texas  77010**
**(713) 658-2323 (Telephone)**
**(713) 658-1921 (Facsimile)**

**ATTORNEYS FOR APPELLEES**

070200/000001
376 - 1800780v1

TO THE HONORABLE JUSTICES OF SAID COURT:

1. This Motion is filed on behalf of Carol Ann Manley and David Peterson ("Appellees") in both Cause No. 01-15-000567 and Cause No. 01-15-000586.

2. Appellees agree with and hereby adopt and join in the Unagreed Motion for Judicial Notice and Administrative Relief filed by Appellee Silverado Senior Living, Inc. d/b/a Silverado Senior Living—Sugar Land ("Silverado") on or about October 28, 2015, for all purposes therein.

3. Accordingly, Appellees request that this Court take judicial notice, as requested in Silverado's Motion, assign both appeals to the same judicial panel, and for all other general and equitable relief.

1

Respectfully submitted,

**CRAIN, CATON & JAMES**
**A PROFESSIONAL CORPORATION**

By: /s/ *Sarah Patel Pacheco*
 Sarah Patel Pacheco
 State Bar No. 00788164
 pacheco-efile@craincaton.com
 Kathleen Tanner Beduze
 State Bar No. 24052205
 beduze-efile@craincaton.com
 1401 McKinney St, Suite 1700
 Houston, Texas 77010
 (713) 658-2323 (Telephone)
 (713) 658-1921 (Facsimile)

 *Attorneys for Appellees*
 *Carol Manley and David Peterson*

070200/000001
376 - 1800780v1

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been forwarded to:

| | |
|---|---|
| Philip M. Ross<br>1006 Holbrook Road<br>San Antonio, TX 78218 | Jill Young<br>Macintyre, McCulloch, Stanfield, Young, LLP<br>2900 Weslayan, Suite 150<br>Houston, Texas 77027 |
| Candice Schwager<br>1417 Ramada Drive<br>Houston, Texas 77062 | Russ Jones<br>Underwood, Jones, Scherrer & Malouf, PLLC<br>5177 Richmond Avenue, Suite 505<br>Houston, Texas 77056 |
| | Pannal Alan Sanders<br>Josh Davis<br>Lewis Brisbois Bisgaard & Smith, LLP<br>Weslayan Tower, Suite 1400<br>24 Greenway Plaza<br>Houston, Texas 77046 |

via facsimile and/or e-file on the 30th day of October, 2015.

*|s| Kathleen Tanner Beduze*
KATHLEEN TANNER BEDUZE

3

070200/000001
376 - 1800780v1